# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 12, 2024

## NO. 03-23-00826-CV

**Jorge R. Guevara, M.D., Appellant**

**v.**

**Texas Medical Board, Appellee**

---

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on November 17, 2023. Jorge R. Guevara, M.D. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.